Wilda BRADEN, et al., Appellants,

v.

BENNINGTON CHAPEL,
et al., Respondents.

No. WD 47490.

Missouri Court of Appeals,
Western District.

March 1, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Application to Transfer Denied
June 21, 1994.

Daniel D. Lane, Independence, for appellants.

Aaron Sachs, Springfield, James H. Ensz, Kansas City, for respondents.

Before BERREY, P.J., and
BRECKENRIDGE and SMART, JJ.

## ORDER

PER CURIAM.

Former members of the governing board of Bennington Chapel sued the pastor and the current board members of the church seeking, *inter alia*, to oust the defendants from their corporate offices. The trial court granted summary judgment to defendants. Judgment is affirmed. Rule 84.16(b).